UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-1233 WYD-OES

KAREN GLOSSOP and
DAVID GLOSSOP,

    Plaintiffs,

vs.

PAUL MEDINA,

    Defendant.

_____

ORDER RE: DEFENDANT'S STIPULATED MOTION FOR PROTECTIVE ORDER
_____

ORDER ENTERED BY U.S. MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  June 22, 2005

    THIS MATTER having come before the Court on the parties Unopposed Motion for Protective Order and the Court having reviewed the above matter, enters the following order:

    IT IS HEREBY ORDERED THAT:

    1. Doctors Edward Cook and any defense psychological experts will provide their raw data and testing to the attorneys of record in this case.

    2. The attorneys and their experts will be allowed to review the raw data and testing.

    3. The parties will not divulge the testing material other than within the parameters of this case, i.e., to experts for consultation and for purposes of examination at trial, and shall comply with local rule 7.3 regarding the use of confidential information.

4. All copies of raw data and testing will be returned to the appropriate testing psychologist upon completion of this case.

Dated at Denver this day of June 22, 2005

BY THE COURT:

S/O. Edward Schlatter

_____
District Court Judge/Magistrate