IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01233-WYD-MEH

KAREN GLOSSOP and
DAVID GLOSSOP,

    Plaintiffs,

v.

PAUL MEDINA,

    Defendant.
_____

### ORDER OF DISMISSAL
_____

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice filed March 31, 2006.  The parties stipulate therein that this case should be dismissed with prejudice.  The Court, having reviewed the Stipulation and being fully advised in the premises,

ORDERS that the Stipulation for Dismissal With Prejudice is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay his, her or its own costs and attorneys' fees.

Dated:  April 5, 2006

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge